**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Boyd LIVINGSTON, Defendant— Appellant.**

**No. 08–10257.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 5, 2009.

Christina Brown, Esquire, USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Spencer Rice, Esquire, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Boyd Livingston appeals from the sentence imposed following revocation of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Livingston contends that the district court abused its discretion by imposing a renewed term of supervised release because he has neither the inclination nor the aptitude to succeed under supervision. We conclude that the 49–month term of supervised release is reasonable in light of, among other things, the need to protect the public. *See United States v. Hurt,* 345 F.3d 1033, 1035–36 (9th Cir.2003); *see also United States v. Cope,* 527 F.3d 944, 952 (9th Cir.2008).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).